1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
5  Fax:        (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD R. HINTON, SR., an individual; DAVID HINTON, an individual, | Case No.: 2:14-cv-00842-RFB-GWF |
| Plaintiffs, vs. | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, an independent legal agency of Clark County and the City of Las Vegas; DOUGLAS C. GILLESPIE, in his official capacity as the Sheriff for Clark County; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFICER LUIS E. TURCAZ (#5467), in his official and personal capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER M. (#8572), in his/her official and personal capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER LISA M. POPE (#4000), in her official and personal capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER JON S. DAVID (#7594), in his official and personal capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER RODNEY E. MITCHELL (#6533), in his official and personal capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER EDDIE CARROLL (#4050) in | (Second Request) |

his/her official and personal capacity; and
DOES 1 through 30,

          Defendants.

The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the Plaintiffs' Deadline to file their Responses to the Defendants' Motions for Summary Judgment currently set for May 2, 2016, for an additional seven (7) days, until May 9, 2016. This is the second requested extension between the parties. The extension is being requested as Plaintiffs' Counsel requires additional time to prepare the responses to the dispositive motions. Defendants' Counsel agrees to the extension.

The extension will not prejudice any party. The parties are not delaying the conclusion of this matter by way of trial or otherwise as no trial date has yet been ordered.

DATED this 3rd day of May, 2016.

| KAEMPFER CROWELL | GALLIAN WELKER & BECKSTROM, L.C. |
|---|---|
| By: */s/ Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants** | By: */s/ Travis Barrick*<br>Travis Barrick, Esq.<br>Nevada Bar No. 9257<br>540 E. St. Louis Avenue<br>Las Vegas, NV 89104<br>**Attorney for Plaintiffs** |

**IT IS SO ORDERED.**

DATED this   9th   day of May, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE