```
 1  LYSSA S. ANDERSON
    Nevada Bar No. 5781
 2  RYAN DANIELS
    Nevada Bar No. 13094
 3  KAEMPFER CROWELL
    1980 Festival Plaza Drive, Suite 650
 4  Las Vegas, Nevada  89135
    Telephone:  (702) 792-7000
 5  Fax:        (702) 796-7181
    landerson@kcnvlaw.com
 6  rdaniels@kcnvlaw.com

 7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD R. HINTON, SR., an individual; DAVID HINTON, an individual, <br><br> Plaintiffs, <br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, an independent legal agency of Clark County and the City of Las Vegas; DOUGLAS C. GILLESPIE, in his official capacity as the Sheriff for Clark County; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFICER LUIS E. TURCAZ (#5467), in his official and personal capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER M. (#8572), in his/her official and personal capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER LISA M. POPE (#4000), in her official and personal capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER JON S. DAVID (#7594), in his official and personal capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER RODNEY E. MITCHELL (#6533), in his official and personal capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER EDDIE CARROLL (#4050) in | Case No.: 2:14-cv-00842-RFB-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

his/her official and personal capacity; and DOES 1 through 30,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the Defendants DOUGLAS GILLESPIE ("Gillespie"), LUIS E. TURCAZ ("Turcaz"), LISA M. POPE ("Pope"), Jon S. David ("David"), RODNEY E. MITCHELL ("Mitchell") and Eddie CARROLL ("Carroll") (sometimes collectively referred to as the "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Donald R. Hinton, Sr. and David Hinton (collectively "Plaintiffs"), by and through their counsel, Gallian Welker & Beckstrom, L.C., that Plaintiffs' lawsuit against the LVMPD Defendants hereby be dismissed, with prejudice, with each party to bear its own attorney fees and costs.

DATED this 5th day of May, 2016.

| KAEMPFER CROWELL | GALLIAN WELKER & BECKSTROM, L.C. |
|---|---|
| By: */s/ Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants** | By: */s/ Travis Barrick*<br>Travis Barrick, Esq.<br>Nevada Bar No. 9257<br>540 E. St. Louis Avenue<br>Las Vegas, NV 89104<br>**Attorney for Plaintiffs** |

**IT IS SO ORDERED.**

DATED this 9th day of May, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE